MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| ANNETTE H. ASPINWALL, | ) | Bankruptcy No. 07-51983 RLE |
| | ) | |
| | ) | Date: July 24, 2008 |
| | ) | Time: 2:00 p.m. |
| | ) | Room: 3099 |
| Debtor. | ) | |
| _____ | ) | HON. ROGER L. EFREMSKY |

### NOTICE OF HEARING

To: Chase Bank USA, NA; Chase Home Finance, LLC; First American Title Company, Inc.; and Cherin & Yelsky

Please take notice that on July 24, 2008 , at 2 p.m. in Room 3099, 280 S. First St. San Jose, CA, Annette Aspinwall will move the court for an award of compensatory and punitive damages for the willful violation of the automatic stay. The moving papers and supporting declarations are on file with the clerk of the court.

MORAN LAW GROUP

Date: _____  _____
CATHLEEN COOPER MORAN
Attorney for Annette Aspinwall