MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In Re: ) | Chapter 13 |
| ) | |
| ANNETTE H. ASPINWALL, ) | Bankruptcy No. 07-51983 RLE |
| ) | |
| ) | Date: October 16, 2008 |
| ) | Time: 2 p.m. |
| ) | Room: 3020 |
| Debtor. ) | |
| _____ ) | HON. ROGER L. EFREMSKY |

**DISMISSAL WITH PREJUDICE**

The debtor, having reached a settlement with the firm of Cherin and Yelsky with respect to the matters addressed in her Motion for Damages for Violation of the Stay filed June 11, 2008, dismisses Cherin and Yelsky with prejudice.

                                          MORAN LAW GROUP

Date: _____       _____
                                       CATHLEEN COOPER MORAN
                                       Attorney for Annette Aspinwall