MORAN LAW GROUP, INC.
CATHLEEN COOPER MORAN, I.D. #83758
RENÉE C. MENDOZA, I.D. #139939
1674 N. Shoreline Blvd., Suite 140
Mountain View, CA 94043-1375
Tel.: (650) 694-4700
Fax: (650) 694-4818
E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| ANNETTE H. ASPINWALL, | ) | Bankruptcy No. 07-51983 RLE |
| | ) | |
| | ) | Date: December 4, 2008 |
| | ) | Time: 10:30 p.m. |
| | ) | Room: 3099 |
| Debtor. | ) | |
| _____ | ) | HON. ROGER L. EFREMSKY |

**WITHDRAWAL OF MOTION**

The debtor withdraws her motion for damages for violation of automatic stay, having reached a settlement in full with all named parties.

MORAN LAW GROUP

Date: _____    _____
CATHLEEN COOPER MORAN
Attorney for Annette Aspinwall